## Recognizance of John Whipple

filed 28th July 1808.
In the Supreme Court

TERRITORY OF MICHIGAN
DISTRICT OF DETROIT

BE it remembered that on this twenty eighth day of july one thousand eight hundred eight personally appeared before me Peter Audrain, one of the justices of the peace in the district of Detroit, in the territory of Michigan John Whipple . . . . and . . . . who Severally acknowledged to be held and firmly bound unto the United States of America; that is to Say John Whipple in the Sum of twenty four dollars, and . . . . in the Sum of twelve

dollars, each, to be levied on their Several Goods & Chattels, lands & tenements if default Shall be made in the following Condition—to wit—

THE CONDITION of this recognizance is Such that if the above bounden John Whipple Shall be of good behaviour untill the ensuing term of the Supreme Court of the territory of Michigan, and Shall appear at the Said term of the Said Court, and not depart therefrom without leave of the Said Court, then this recognizance to be null & void, otherwise to be and remain in full force & virtue.          J. WHIPPLE

Subscribed and acknowledged in
my presence at my Chambers this      HUGH R. MARTIN
28th day of july one thousand eight      HARRIS H. HICKMAN
hundred eight.     PETER AUDRAIN
        J.P.D.D.

[In the handwriting of Peter Audrain]